UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | :  14 Cr. 051-01 |
| | : |
| V. | : |
| ABIGAEL GONZALEZ VALENCIA | : |
| Defendant. | : |

NOTICE OF ENTRY OF APPEARANCE

The Clerk of this Court and all parties herein, shall take notice that the undersigned will be entering an appearance as counsel in this matter as retained counsel:

>    Robert Feitel, Esquire
>    Law Office of Robert Feitel
>    1712 N Street, N.W.
>    Washington, D.C.  20036
>    D.C. Bar No. 366673
>    202-450-6133 (office)
>    202-255-6637 (cellular)
>    RF@RFeitelLaw.com

Respectfully submitted

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1712 N Street, N.W.
Washington, D.C.  20009
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent, via email to Andrea Goldbarg, Trial Attorney, Narcotic and Dangerous Drug Section, via email, this 3rd day of May 2016.

*Robert Feitel*

_____
Robert Feitel