UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 14 Cr. 051-01 (BAH) |
| | : | |
| V. | : | |
| ABIGAEL GONZALEZ VALENCIA | : | |
| Defendant. | : | |

## DEFENDANT'S UNOPPOSED MOTION
## TO CONTINUE STATUS HEARING

Defendant Abigael Gonzalez Valencia respectfully moves this Court to continue the status hearing in this case, currently scheduled for March 12, 2026 for approximately sixty (60) days until on or about May 8, 2026. The defense and the prosecution have been in frequent communication about this case and the defense has continued to review the very significant amount of discovery produced by the Government, which includes more than a year of Title III intercepts, investigative reports and other case related documents. The parties are also in discussions about a possible resolution of the case. Undersigned personally spoke with the lead prosecutor assigned to this case, who does not oppose the requested continuance. Undersigned counsel also personally spoke with the defendant, who agrees to the continuance and to the tolling of the Speedy Trial Act until the next status hearing in the case.

A Proposed Order is attached hereto.

Respectfully submitted,

*Robert Feitel*

_____

Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.

#190-515
Washington, D.C.  20008
D.C. Bar No. 366673
202-255-6637 (cellular)
RF@RFeitelLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to DOJ Trial Attorney Kaitlin Sahni, NDDS, this 10th day March , 2026.

*Robert Feitel*

_____