UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 14 Cr. 051-01 |
| | : | |
| V. | : | |
| ABIGAEL GONZALEZ VALENCIA | : | |
| Defendant. | : | |

**PARTIES JOINT RESPONSE TO COURT ORDER**

In a Minute Order issued on March 6, 2026, the Court directed the parties "to submit jointly a notice apprising the Court of any potential conflicts" involving undersigned defense Counsel's representation of other defendants in connected or related cases involving the *Jalisco Cartel Nueva Generacion* (CJNG) or *Los Cuinis*.

Undersigned defense counsel consulted with a prosecutor at the Money Laundering, Narcotics and Forfeiture Section, which is responsible for the prosecution of cases against these cartels. The parties did not identify any potential conflict of interest at this time. If that situation changes, the parties represent they will jointly notify the Court.

                                                  Respectfully submitted,

                                                  MARGARET A. MOESER
                                                  CHIEF

| | |
|---|---|
| */s/ Robert Feitel* | By: */s/ Douglas Meisel* |
| Robert Feitel, Esq. | Douglas Meisel |
| Counsel for the Defendant | Trial Attorney |
| 1300 Pennsylvania Ave., N.W. | Money Laundering, Narcotics and Forfeiture Section |
| Washington, D.C. | Criminal Division |
| rf@rfeitellaw.com | U.S. Department of Justice |

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served via ECF to DOJ counsel of record.

*Robert Feitel*

_____

Robert Feitel, Esquire