**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ABIGAEL GONZALEZ VALENCIA,**<br>    **also known as "Boss," "Los Cuini,"**<br>    **"Cachetes," "Luis Angel Gomez**<br>    **Flores," and "Jonathan Paul Tak-**<br>    **Toledo,"**<br><br>        **Defendant.** | **CRIMINAL NO. 14-CR-051 (BAH)** |

**JOINT MOTION FOR CONTINUANCE**

The United States of America and Defendant Abigael Gonzalez Valencia ("Defendant"), by and through the undersigned counsel, hereby request that the Court continue the status hearing scheduled for May 8, 2026, to July 10, 2026, or as soon thereafter as the Court is available. The parties further request that the Court issue an Order excluding time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Government and defense counsel have been in frequent communication about the evidence in this case and a potential resolution short of trial. The parties need additional time to conclude their negotiations regarding a potential non-trial resolution of the case.

Additionally, the Government has produced approximately 92,377 pages of discovery to defense counsel, which defense counsel continues to review and discuss with the Defendant. Defense counsel needs additional time to review the voluminous discovery.

Accordingly, the parties respectfully request that the Court continue the status hearing on May 8, 2026, to July 10, 2026, or as soon thereafter as the Court is available.

The parties also request that the Court toll the Speedy Trial Act time from May 8, 2026, to

the next scheduled hearing in this matter, pursuant to 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by such tolling outweigh the interest of the public and the Defendant in a speedy trial. Such time is necessary for defense counsel to review the voluminous discovery, for the parties to continue their discussion of the evidence in this case, and to assess the possibility of a resolution short of trial. A failure to grant such a continuance may result in a miscarriage of justice and would deny the parties adequate time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv).

Dated: April 30, 2026

Respectfully submitted,

MARGARET A. MOESER, Chief
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
U.S. Department of Justice

 _/s/ Robert Feitel_
Robert Feitel
Counsel for Abigael Gonzalez Valencia
1300 Pennsylvania Avenue NW
#1505
Washington, DC 20008
rf@rfeitellaw.com

 _/s/  Kaitlin Sahni_
Kaitlin Sahni
Lernik Begian
Douglas Meisel
Trial Attorneys
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
U.S. Department of Justice
kaitlin.sahni@usdoj.gov

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of this motion has been served via CM/ECF on counsel for the Defendant this 30th day of April 2026.

By:    _/s/ Kaitlin Sahni_
       Kaitlin Sahni
       Trial Attorney
       Money Laundering, Narcotics and Forfeiture
       Section
       Criminal Division
       U.S. Department of Justice